IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NPURSUIT, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| SHELL OIL COMPANY, MOTIVA § | Civil Action No. 1:09-CV-02746-WBH |
| ENTERPRISES LLC, TOMMY SLATER, § | |
| and DOES 1-100, § | |
| § | |
| Defendants. § | |

## VOLUNTARY STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff NPursuit, Inc. ("NPursuit") and Defendants Shell Oil Company and Motiva Enterprises LLC (the "Corporate Defendants") file this stipulated dismissal of all claims and counterclaims asserted in this lawsuit and would show the Court as follows:

1. On August 28, 2009, NPursuit filed this lawsuit in the Superior Court of Fulton County, Georgia, asserting fraud and concealment and negligent misrepresentation claims (Counts 1 and 2) against the Corporate Defendants and Defendant Tommy Slater as well as breach of contract claims (Counts 3 and 4) against the Corporate Defendants.

2. The Corporate Defendants were served with summons and a copy of the Complaint on September 4, 2009. Mr. Slater has not been served.

3. On October 2, 2009, the Corporate Defendants removed the case to this Court pursuant to 28 U.S.C. § 1441 et seq.

4. The Corporate Defendants then answered the Complaint on October 9, 2009, denying liability to Plaintiff under any of the causes of action asserted and filing a counterclaim for attorneys' fees. Simultaneously with their answer and counterclaim, the Corporate Defendants separately moved to dismiss all or some of the claims asserted against

them and jointly moved for summary judgment on all claims based on NPursuit's prior execution of a release.

5. NPursuit hereby agrees to dismiss the entire action, including all claims against the Corporate Defendants, Tommy Slater, and Does 1-100, with prejudice to the rights of NPursuit or its principals to reassert those claims.

6. The Corporate Defendants agree to dismiss their counterclaim against NPursuit with prejudice to the rights of Corporate Defendants to reassert the counterclaim against NPursuit.

THEREFORE, pursuant to Federal Rule 41(a), NPursuit and the Corporate Defendants stipulate and agree that NPursuit hereby voluntarily dismisses the entire action, including all claims against the Corporate Defendants, Tommy Slater, and Does 1-100, and that the Corporate Defendants hereby voluntarily dismiss their counterclaim against NPursuit, each of these dismissals being with prejudice, and each party to bear its own costs and expenses of the litigation, including attorneys' fees. All parties expressly waive and release any claims arising out of or related to the filing of the Complaint and/or counterclaim and further agree not to commence any action against the other based on the filing or dismissal of those actions.

This 27th day of October, 2009.

Respectfully submitted,

RUTHERFORD & CHRISTIE LLP

By: *s/Carrie L. Christie*
Carrie L. Christie
Georgia Bar No. 125248
Courtney M. Norton
Georgia Bar No. 141469
225 Peachtree Street N.E.
South Tower, Suite 1750
Atlanta, GA 30303
(404) 522-0880
(404) 522-0108 (fax)
clc@rclawllp.com

David M. Rodi
Pro hac vice pending
Texas State Bar No. 00797334
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1139
(713) 229-7839 (fax)
david.rodi@bakerbotts.com

ATTORNEYS FOR DEFENDANTS SHELL OIL COMPANY and MOTIVA ENTERPRISES LLC

IT IS SO STIPULATED:

*s/Craig E. Bertschi*
Craig E. Bertschi
*Signed with express permission of Mr. Bertschi*
Cindy D. Hanson
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309-3450

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NPURSUIT, INC., | § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| SHELL OIL COMPANY, MOTIVA ENTERPRISES LLC, TOMMY SLATER, and DOES 1-100, | § § § § | Civil Action No. 1:09-CV-02746-WBH |
| Defendants. | § § | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **VOLUNTARY STIPULATED DISMISSAL WITH PREJUDICE** by depositing a copy of same in the United States mail in an envelope properly addressed to the following, with adequate postage thereon to insure proper delivery to the following:

Craig E. Bertschi
Cindy D. Hanson
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-3450
(404) 815-6500; (404) 815-6555 (fax)

This 27th day of October, 2009.

*s/Carrie L. Christie*
Carrie L. Christie

HOU02:1182875.1                    4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NPURSUIT, INC., § § | |
| Plaintiff, § § | |
| vs. § | |
| SHELL OIL COMPANY, MOTIVA § ENTERPRISES LLC, TOMMY SLATER, § and DOES 1-100, § § | Civil Action No. 1:09-CV-02746-WBH |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff NPursuit, Inc. ("NPursuit") and Defendants Shell Oil Company and Motiva Enterprises LLC ("Corporate Defendants") have filed a voluntary stipulated dismissal with prejudice. As such, all of the claims and counterclaims asserted in this lawsuit—NPursuit's claims against the Corporate Defendants, Tommy Slater, and Does 1-100 and Corporate Defendants' counterclaim against NPursuit—are hereby DISMISSED WITH PREJUDICE.

Signed this _____ day of _____, 20__.

_____
HON. WILLIS B. HUNT
UNITED STATES DISTRICT JUDGE