IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NPURSUIT, INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § | |
| SHELL OIL COMPANY, MOTIVA ENTERPRISES LLC, TOMMY SLATER, and DOES 1-100, | § § § § | Civil Action No. 1:09-CV-02746-WBH |
| Defendants. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff NPursuit, Inc. ("NPursuit") and Defendants Shell Oil Company and Motiva Enterprises LLC ("Corporate Defendants") have filed a voluntary stipulated dismissal with prejudice. As such, all of the claims and counterclaims asserted in this lawsuit—NPursuit's claims against the Corporate Defendants, Tommy Slater, and Does 1-100 and Corporate Defendants' counterclaim against NPursuit—are hereby DISMISSED WITH PREJUDICE.

Signed this  10  day of  November, 2009.

_____
HON. WILLIS B. HUNT
UNITED STATES DISTRICT JUDGE